IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MANDEEP SINGH,

                Petitioner,

    v.

JANET NAPOLITANO, et al.,

                Defendant.

NO. C09-0818 TEH

ORDER OF TRANSFER

Petitioner Mandeep Singh has filed a petition for writ of habeas corpus alleging that venue is proper in this district because "Petitioner is detained by Respondents at the Yuba County Jail in Marysville, California, which is within this District." Pet. at 3. However, Marysville, California, lies within the Eastern District of California, not the Northern District. Accordingly, in the interest of justice, IT IS HEREBY ORDERED that this case be transferred to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). The Clerk shall transfer this matter forthwith and close the file.

**IT IS SO ORDERED.**

Dated: 02/27/09

                        THELTON E. HENDERSON, JUDGE
                        UNITED STATES DISTRICT COURT