IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANDEEP SINGH,

      Petitioner,                      No. CIV S-09-0630 JAM EFB P

    vs.

JANET NAPOLITANO, et. al.,

      Respondents.         ORDER

_____/

    Petitioner, a former state prisoner proceeding without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2241. On May 24, 2010, respondents filed a motion to dismiss for lack of jurisdiction, alleging that petitioner has been removed to India and thus is no longer detained.

    Accordingly, it is hereby ordered that:

    1. Within 21 days of this order, petitioner shall show cause why this action should not be dismissed as moot; and

    2. Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: July 20, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE