1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MANDEEP SINGH,

11          Petitioner,                    No. CIV S-09-0630 JAM EFB P

12      vs.

13   JANET NAPOLITANO, et al.,

14          Respondents.           FINDINGS AND RECOMMENDATIONS

15   _____/

16       Petitioner, a former state prisoner proceeding without counsel, seeks a writ of habeas

17   corpus.  *See* 28 U.S.C. § 2241.

18       On May 24, 2010, respondents moved to dismiss the petition for lack of jurisdiction,

19   alleging that petitioner has been removed to India and thus is no longer detained.  On July 20,

20   2010, the court informed petitioner of the requirements for filing an opposition to any motion to

21   dismiss.  That order gave petitioner 30 days to file an opposition or statement of non-opposition

22   and warned him that failure to do so would result in a recommendation that this action be

23   dismissed.

24   ////

25   ////

26   ////

1

1    The 30 days have passed and petitioner has not filed an opposition or a statement of no

2  opposition nor otherwise responded to the July 20, 2010 order.

3    Accordingly, it is RECOMMENDED that this action be dismissed without prejudice.

4  Fed. R. Civ. P. 41(b); Rule 12, Rules Governing § 2254 Cases.

5    These findings and recommendations are submitted to the United States District Judge

6  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

7  after being served with these findings and recommendations, any party may file written

8  objections with the court and serve a copy on all parties.  Such a document should be captioned

9  "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

10  within the specified time may waive the right to appeal the District Court's order.  *Turner v.*

11  *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).  In

12  his objections petitioner may address whether a certificate of appealability should issue in the

13  event he files an appeal of the judgment in this case.  *See* Rule 11, Federal Rules Governing

14  Section 2254 Cases (the district court must issue or deny a certificate of appealability when it

15  enters a final order adverse to the applicant).

16  Dated:  September 22, 2010.

17

18  EDMUND F. BRENNAN
   UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

2